UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:10-cr-204-DBH |
| ) | |
| CHRISTINA TORRES-YORK, ) | |
| ) | |
| Defendant ) | |

**PROCEDURAL ORDER**

By January 30, 2012, the government shall show that this court has jurisdiction to rule on its Motion to Substitute Victim (Docket Item 57) during the appeal of the of Judgment and Commitment to the Court of Appeals for the First Circuit. The government shall furnish a copy of its filing to the defendant and to the attorney representing her on the appeal.

**So Ordered.**

**Dated this 13th day of January, 2012**

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**